UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JESSE DARNELL,

                Petitioner,

    v.

STATE OF WASHINGTON,

                Respondent.

CASE NO. 3:20-cv-05417-RBL-JRC

REPORT AND RECOMMENDATION

NOTED FOR: SEPTEMBER 18, 2020

       The District Court has referred this action filed under 28 U.S.C. § 2254 to United States Magistrate Judge J. Richard Creatura. On May 3, 2020, petitioner, proceeding *pro se*, filed his proposed habeas corpus petition. Dkt. 1, 3. On June 25, 2020, the Court declined to order respondent to file an answer as the petition did not comply with Rule 2 of the Rules Governing Section 2254 Cases. Dkt. 4. The Court granted petitioner leave to file an amended petition on or before July 25, 2020 to cure the deficiencies. *Id.* The Court warned petitioner that failure to comply with the Court's order would result in a recommendation that this case be dismissed. Dkt. 4.

1 | Petitioner has failed to comply with the Court's order. He has not filed an amended
2 | petition or otherwise responded to the Court's order. Accordingly, the Court recommends that
3 | this case be dismissed without prejudice. Based on the foregoing, the Court concludes that
4 | petitioner is not entitled to a certificate of appealability with respect to this petition.
5 | Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil
6 | Procedure, the parties shall have fourteen (14) days from service of this Report to file written
7 | objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those
8 | objections for purposes of appeal. *Thomas v Arn*, 474 U.S. 140 (1985). Accommodating the time
9 | limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on
10 | September 18, 2020 as noted in the caption.
11 | Dated this 20th day of August, 2020.

J. Richard Creatura
United States Magistrate Judge